STATE OF CONNECTICUT *v.* OLIVE RUSSELL

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Richard F. Jacobson,* assistant state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).

Argued January 4—decided January 4, 1977

ALIX COHN *v.* GERARD H. COTNOIR

The defendant's motion to dismiss the appeal from the Superior Court in New London County is granted unless the plaintiff on or before February 7, 1977, complies with § 608A of the Practice Book and arranges payment for the transcript.

*Sabino P. Tamborra,* for the appellee (defendant).

*Samuel H. Coxe,* for the appellant (plaintiff).

Argued January 4—decided January 4, 1977

FREDERICK D. KRELL *v.* KATHERINE K. KONOP ET AL.

The named defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Maxwell Heiman,* for the appellee (named defendant).

*Douglas W. McCallum,* for the appellant (plaintiff).